**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
<u>BELL, VIRGINIA L.</u>  
<u>BELL, DONALD C.</u>

Case No.: <u>20-18035</u>  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on September 8, 2020 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 15 McDONALD DRIVE, OCEAN VIEW, NJ 08230 | $262,000.00 | $319,110.32 | $0.00 |
| ROUTE 121, OTISFIELD, ME 04270 | $10,000.00 | $0.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:         <u>/s/ Thomas J. Subranni</u>  
Address:      1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Virginia L. Bell  
Donald C. Bell  
      Debtors

Case No. 20-18035-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 07, 2020  
                        Form ID: pdf905      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.  
db/jdb      +Virginia L. Bell, Donald C. Bell, 15 McDonald Drive, Ocean View, NJ 08230-1209  
518881131      +SJ Gas Employee Federal Credit Union, 1110 Black Horse Pike, Suite C, Hammonton, NJ 08037-2828  
518881132      Vistana Portfolio Services, Inc., P.O. Box 204491, Dallas, TX 75320-4491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:21      U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16      United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235  
518881125      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:13:10      Capital One, PO Box 70884, Charlotte, NC 28272-0884  
518881126      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:02      Comenity Bank/Boscovs, P.O. Box 183003, Columbus, OH 43218-3003  
518881127      E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 08 2020 01:18:41      Internal Revenue Service, United States Treasury, PO Box 80102, Cincinnati, OH 45280-0002  
518881128      +E-mail/Text: electronicbkydocs@nelnet.net Aug 08 2020 01:19:24      Nelnet, PO Box 82561, Lincoln, NE 68501-2561  
518881129      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:19:02      Peebles, PO Box 659465, San Antonio, TX 78265-9465  
518881130      E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2020 01:20:19      Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250  
                                                                                                         TOTAL: 8

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:  
         Brian C. Nicholas      on behalf of Creditor      Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas S. Stanger      on behalf of Joint Debtor Donald C. Bell doug.stanger@flastergreenberg.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com  
         Douglas S. Stanger      on behalf of Debtor Virginia L. Bell doug.stanger@flastergreenberg.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com;doug.stanger@ecf.inforuptcy.com;diana.janansky@ecf.inforuptcy.com  
         Thomas J Subranni      trustee@subranni.com, NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com  
         U.S. Trustee      USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 5