Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−18035−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Virginia L. Bell                                   Donald C. Bell
   15 McDonald Drive                         15 McDonald Drive
   Ocean View, NJ 08230                 Ocean View, NJ 08230

Social Security No.:
   xxx−xx−1575                                      xxx−xx−6396

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 9, 2020                    Andrew B. Altenburg Jr.
                                              Judge, United States Bankruptcy Court